UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL GARCEAU,

    Plaintiff,

v.

WASHINGTON CORRECTIONS CENTER,

    Defendants.

Case No. C18-5636 RBL-TLF

ORDER DISMISSING PLAINTIFF'S COMPLAINT

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) the Court adopts the Report and Recommendation;
(2) defendants' motion to dismiss is GRANTED;
(3) plaintiff's complaint is DISMISSED for failure to state a claim;
(4) as plaintiff has been granted *in forma pauperis*, *in forma pauperis* status may continue on appeal. *See* Rule of Appellate Procedure 24(a)(3);
(5) the Clerk is directed to send copies of this Order to petitioner, to Magistrate Judge Theresa L. Fricke and to any other party that has appeared in this action.

Dated this 12th day of June, 2019.

*[signature: Ronald B. Leighton]*

Ronald B. Leighton
United States District Judge

ORDER DISMISSING PLAINTIFF'S COMPLAINT - 1